# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141997

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANNIE L. MCCOY,
        Plaintiff-Appellee,

v

FARM BUREAU LIFE INSURANCE
COMPANY OF MICHIGAN and CASEY
JAHN, d/b/a FARM BUREAU LIFE
INSURANCE COMPANY,
        Defendants-Appellants.

SC: 141997
COA: 291049
Sanilac CC: 08-032637-CZ

_____/

On order of the Court, the application for leave to appeal the September 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228